1006

MARLINO GRESS et al., on Behalf of Themselves and All Other Similarly Situated Persons, Respondents, v BYRON BROWN, as Mayor, City of Buffalo, et al., Respondents, and BUFFALO FISCAL STABILITY AUTHORITY, Appellant.

Submitted September 4, 2012; decided September 6, 2012

Motion by the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of the Claim of GAUDENZIA HRONCICH, Respondent, v CON EDISON et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 18, 2012; decided September 6, 2012

Motion by the City of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed, and for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

Chief Judge LIPPMAN taking no part.

In the Matter of RICHARD LAZZARI, Respondent, v TOWN OF EASTCHESTER et al., Appellants, and PAULA REDD ZEMAN, as Commissioner of the Westchester County Department of Human Resources, et al. Respondents.

Submitted September 4, 2012; decided September 6, 2012

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.